E-FILED
TARRANT COUNTY, TEXAS
10/26/2015 4:21:10 PM
MARY LOUISE GARCIA
COUNTY CLERK
BY: T.W. B.

**Cause No. 2015-004508-1**

| | |
|---|---|
| **Jimmy Ray Matthews, Jr. and Nicholas Matthews,** plaintiffs<br><br>v.<br><br>**Marta Carrejo Martinez and all occupants,** defendants | **In the**<br><br>FILED IN<br>2nd COURT OF APPEALS<br>FORT WORTH, TEXAS<br>12/7/2015 5:07:30 PM<br>DEBRA SPISAK<br>Clerk<br>**County Court at Law No. 1**<br><br>**Tarrant County, Texas** |

---

### Motion for New Trial

---

**To the Honorable Judge:**

Defendants file this motion for new trial and show as follows.

**Attorney's Fees**

The trial court erred by awarding attorney's fees for the following reasons.

First, the Court erred by awarding attorney fees because no rule, statute, or case permits the award of attorney fees in this type of case.

Second, the Court erred by awarding attorney fees because plaintiff has no pleadings to support an award of attorney fees.

Third, the Court erred by awarding attorney fees because there is no evidence or, in the alternative, insufficient evidence to support the Court's award of attorney fees.

In sum, this court did not and does not have jurisdiction over this matter. Therefore, this court should grant this motion for new trial and dismiss this action.

Respectfully submitted,

/s/ Leigh W. Davis_____
(Mr.) Leigh W. Davis
1901 Central Dr.
Suite 708 LB 57
Bedford, TX 76021
817.868.9500
817.887.2401 (fax)
State Bar No. 24029505
leighwdavis@gmail.com

**Certificate of Service**

I certify that on October 26, 2015, a copy of this document was served on all counsel of record in this case by electronic mail service through the electronic case filing system.

/s/ Leigh W. Davis_____
(Mr.) Leigh W. Davis